


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ST. CLAIR INTELLECTUAL PROPERTY
CONSULTANTS, INC.,

*Plaintiff*,

vs.

SHARP CORPORATION,
SHARP ELECTRONICS CORPORATION,
DAMARK INTERNATIONAL, INC.,
DAYTON-HUDSON CORPORATION, and
MONTGOMERY WARD & COMPANY, INC.,

*Defendants*.

HONORABLE Anna Diggs Taylor

CIVIL ACTION NO. 97-72101-DT

## JUDGMENT ON JURY VERDICT

This action came on for trial before the Court and a jury, Honorable Anna Diggs Taylor, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED:

1. Defendants have willfully infringed plaintiff's U.S. Patent No. 4,066,854.

2. Defendants have willfully infringed plaintiff's U.S. Patent No. 4,066,855.

3. Plaintiff is awarded damages in the amount of $2,450,761.90 for defendants' infringement of St. Clair U.S. Patent No. 4,066,854.



4. Plaintiff is awarded $325,000.00 for defendants' infringement of St. Clair U.S. Patent No. 4,066,855.

**SO ORDERED.**

*[signature]*
Honorable Anna Diggs Taylor
U.S. District Court Judge

Dated: *[handwritten: July 9, 1998]*

**APPROVED AS TO FORM:**

| | |
|---|---|
| **BROOKS & KUSHMAN P.C.** | **OGNE, ALBERTS & STUART, P.C.** |
| By: *[signature]* | By: *[signature]* |
| ERNIE L. BROOKS | JAMES W. STUART |
| PAUL M. SCHWARTZ | 755 W. Big Beaver Road |
| 1000 Town Center | Suite 1800 |
| Twenty-Second Floor | Troy, Michigan 48084 |
| Southfield, Michigan 48075 | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |
| Dated: July 7, 1998 | Dated: 7/8/98 |